## C. P. KIMBLE v. UNITED STATES of America.

### No. 1700.

Circuit Court of Appeals, Tenth Circuit.

May 5, 1938.

R. Emmett Stewart, of Muskogee, Okl., for appellant.

Cleon A. Summers, U. S. Atty., of Muskogee, Okl., for appellee.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed at appellant's costs, for failure to prosecute.

## J. W. KOHN et al., Appellants, v. CENTRAL DISTRIBUTING COMPANY, Inc., etc., Appellees.

### No. 8003.

Circuit Court of Appeals, Sixth Circuit.

April 12, 1938.

Smith, Schuberth & Cook, of Cincinnati, Ohio, for appellants.

William Hayes, Asst. Atty. Gen., of Kentucky, for appellees.

Before HICKS, SIMONS, and HAMILTON, Circuit Judges.

PER CURIAM.

The appellants move the court to be permitted to dismiss their appeal granted herein on April 11, 1938, and upon said motion it is therefore ordered and adjudged that the appeal be and is dismissed.

Appeal dismissed.

## C. H. KRAUSE, Plaintiff-Appellant, v. MISSISSIPPI COAL CORPORATION and Electric Shovel Coal Corporation, Defendants-Appellees.

### Nos. 6315–6322.

Circuit Court of Appeals, Seventh Circuit.

Jan. 27, 1938.

See, also, 93 F.2d 515.

J. Fred Gilster, of Chester, Ill., for appellant.

Walter T. Gunn and Harold F. Lindley, both of Danville, Ill., for appellees.

Before EVANS and SPARKS, Circuit Judges.

PER CURIAM.

Pursuant to the order of this court entered this day, it is now here ordered, adjudged, and decreed by this court that the decree of the District Court of the United States for the Eastern District of Illinois in this cause be, and the same is hereby, affirmed, with costs.

## Nanny Preston LARGE, Appellant, v. METROPOLITAN LIFE INSURANCE COMPANY and Its Attorney H. G. Lavinder, Bristol, Virginia, Appellees.

### No. 4288.

Circuit Court of Appeals, Fourth Circuit.

Jan. 7, 1938.

L. P. Summers, of Abingdon, Va., in support of petition.

PER CURIAM.

Appeal denied. Order filed.